TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
     Social Security Administration
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4830
     Facsimile: (415) 744-0134
     Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PALACIOS,<br><br>       Plaintiff,<br><br>       v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>       Defendant. | No. 2:25-cv-12216-VBF-KES<br><br>[~~PROPOSED~~] JUDMENT OF REMAND |

///

///

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED:  July 8, 2026          _____
                              HON. KAREN E. SCOTT
                              UNITED STATES MAGISTRATE JUDGE

Proposed Order re Stipulation for Extension of Briefing Schedule

1